**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**DEPARTMENT OF ATTORNEY GENERAL**

**CRIMINAL HISTORY RECORD**

MAR-14-05 13:50:44 MLJ

**IDENTIFICATION DATA**

NAME: SILVA, JAMES J ALIASES: ,

STATE IDENT. NO.: 82356 FBI NO. 235866K2

SEX: M HEIGHT: 511 WEIGHT: 190 RACE: W HAIR: BLK EYE: BRO

DATE OF BIRTH: [redacted] SCARS, MARKS AND TATTOOS:

SSN: [redacted] AFIS CLASS:

FINGER PRINT CLASSIFICATION

HENRY UPPER: 32 W OOI NCIC NO.: POPOPOPICO DIPOPOPIPI

HENRY LOWER: 32 W OOI

RESIDENCE: [redacted]

**THIS REPORT IS NOT VALID WITHOUT THE RAISED STATE SEAL ON EACH AND EVERY PAGE**

THIS REPORT IS BASED ON INFORMATION SUPPLIED BY LOCAL LAW ENFORCEMENT. MATCH HAS BEEN MADE ON NAME AND DATE OF BIRTH. THIS INFORMATION IS A COMPILATION OF RHODE ISLAND CHARGES AND MAY NOT CONTAIN A COMPLETE RECORD OR THE DISPOSITION OF THE CHARGES

| | ARREST DATE / DISP DATE | ARREST CHARGE / COURT CHARGE/ DISPOSITION | ARREST AGENCY | CASE NO. |
|---|---|---|---|---|
| 1 | 07-28-2004 | ARRESTED ON WARRANT | NORTH SMITHFIELD | |
| 2 | 07-28-2004 | VIOLATION -NO CONTACT ORDER | PAWTUCKET | |
| 3 | 09-29-2000 | ESCAPE | RISP | |
| | 12-08-2000 | ESCAPE FROM CORRECTIONAL INSTITUTIONS | | P2-2000-3329A |
| | | NOLO 3YR SS/PROB | | |
| 4 | 06-11-1999 | OBSTRUCTION | SMITHFIELD | |
| | 09-14-1999 | OBSTRUCTING OFFICER IN EXECUTION OF DUTY | | 61-1999-10455 |
| | | NOLO 1 YR SS/PROB 6 MTHS HOME CONFINMENT | | |
| 5 | 06-11-1999 | SUSPENDED LICENSE | SMITHFIELD | |
| | 09-14-1999 | DRIVING AFTER DENIAL,SUS/REVOCATION-LICENSE | | 61-1999-10455 |
| | | NOLO FINE COURT COSTS | | |