UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES J. SILVA<br>Petitioner<br><br>vs.<br><br>JUDGE MICHAEL HIGGINS,<br>CITY OF PAWTUCKET, and<br>THE OFFICE OF THE<br>ATTORNEY GENERAL<br>Respondents | : | C.A. No. 04-361-S |

**ORDER**

This matter is before the Court on Petitioner James J. Silva's amended petition for pretrial habeas relief pursuant to 28 U.S.C. § 2241 and related filings. For purposes of this Order, the initial Petition (Doc. 1), the "Amended Complaint, Petition for Writ of Habeas Corpus and Federal Question" (Doc. 5), and the "Supplement to Amended Petition, Affidavit and Memorandum dated, September 16 - 2004" (Doc. 7), taken together, are considered as Silva's "amended petition."

Pursuant to Rules 4 and 7 of the Rules Governing Section 2254 Cases in the United States District Courts, Respondents are hereby ORDERED to file and serve an answer or other response to the amended petition on or before Thursday, August 11, 2005.

Respondents are further ORDERED to file a response or opposition of no more than 10 pages in length, exclusive of exhibits, to each of the following, also filed by Silva in this matter:

(1) Amended Complaint, Affidavit and Memorandum of Law (Doc. 11), filed by Silva on October 5, 2004 [which the Court construes as a motion to further amend the amended petition];

(2) "Motion for Class Action, Motion to Amend Complaint, Motion to Expand the Record, Motion for Declaratory Judgment, Permanent Injunctive Relief and Temporary Restraining Orders" (Doc. 26), filed on December 30, 2004; and

(3) "Motion for Joinder, ... [etc.]" (Doc. 32), filed on May 11, 2005 in both this matter and in James Silva v. A.T. Wall, et al, CA 05-109-S.

In their filings Respondents shall address *inter alia* the following matters:

- the basis for, and conditions of, Silva's initial confinement from July 28 - November 9, 2004;
- the origin and terms of the bail conditions that Silva was charged in the Sixth Division District Court with violating;
- the reasons why the bail violation proceedings in Sixth Division District Court were dismissed and whether Silva's counsel was aware of that action;
- whether Silva has appealed in state court Judge Moore's ruling dismissing the bail violation charge and if so, the status of that appeal;
- a specification of the precise charges made against Silva in the Providence Superior Court prosecution; whether Silva is represented by counsel in the proceedings on those charges and if so, by whom;
- the status of the proceedings on those charges and whether any trial has been scheduled or held;
- the basis for, and bail conditions of, Silva's current confinement; and
- any other pertinent issues that the respondents wish to raise in connection with Silva's claims in the above-captioned matter.

Petitioner may submit a consolidated reply to the responses filed by Respondents, of similar length and addressing only those issues raised by Respondents in their responses, on or before Monday, September 11, 2005.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Dated: 7/29/05