UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES J. SILVA<br>Petitioner<br><br>vs.<br><br>JUDGE MICHAEL HIGGINS,<br>CITY OF PAWTUCKET, and<br>THE OFFICE OF THE<br>ATTORNEY GENERAL<br>Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-361-S |

**ORDER**

Petitioner James J. Silva's letter dated December 18, 2004 (Doc. 25) is construed as a motion to have pleadings served on Respondents, and is hereby GRANTED as follows. The Clerk shall FORTHWITH mail copies of the amended petition and related papers in this matter to all Respondents.

Petitioner's Motion to Enlarge Time (Doc. 24) is denied as MOOT.

It is so ordered.

WESmith

William E. Smith
United States District Judge

Dated: 7/29/05