US District Courts copy mailed 7-29-05 AM.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

James J. Silva.
v. CASE # 04-361-S
A.T. Wall, et al.

- MOTION FOR AN ORDER GRANTING PETITIONER'S 6/23/2005 MOTION TO SEIZE JURISDICTION FOR PRE-TRIAL HABEAS CORPUS RELIEF.
- MOTION TO COMPEL ANSWER.

Now comes The petitioner, James J Silva, and hereby moves This Honorable US District Court grant his motion to seize jurisdiction for pre-Trial Habeas Corpus Relief. And or To Compel Answer.

In support of This motion petitioner asserts as per The Court's order Responses were due by July 7th 2005. (see ent #35) State and respondents having failed to file a motion to Enlarge Time or Respond and as such have not Timely objected or denied The Petitioner's claims.

Wherefore, Petitioner moves This Honorable U.S. District Court grant This and any other such and further relief deemed meet and just under The prevailing circumstances.

Dated July 28th 2005

Respectfully Submitted

James J. Silva

CERTIFICATION.

I do hereby certify That on This The 28th day of July 2005. I did mail A True And accurate verbatim copy of The foregoing motion To The Office Of The Attorney General, 150 South Main St, Providence, R.I. 02903

James J Silva

James J Silva - 66350
ISC F-207- Bottom

FILED
2005 AUG -3 A 9:54
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND