Page 1 of 3
Courts Original.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

James J. Silva
v.
A.T. Wall, et al.

CASE # 04-361-S

: MOTION FOR JUDGEMENT BY DEFAULT :

On July 28th 2004, Petitioner was arrested pursuant To 12-29-3 section (b)(3) of The R.I.G. Laws which provides for a warrantless arrest within 24 hours on a domestic Related offense.

On or about 8/14/2004, Petitioner filed The instant Writ of Habeas Corpus raising a Federal Question. Is R.I.G.L. 12-29-3 section (b)(3) contrary to or an unreasonabe application of The Fourth U.S.C.A. Amend. which requires, no-warrant shall issue except upon probable cause.

I. On 9/21/2004, This Honorable Court ordered The Attorney General of Rhode Island To answer by 10/8/04. The State has not filed an answer or a motion To Enlarge Time, and As such have waived Their opportunity To respond or object.

II. Again on 10/5/2004, This Court ordered The Attorney General To answer on or before 10/23/04. The State once again failed or declined To answer and as such have waived Their opportunity To object or respond.

III. For A Third Time on 6/23/2005 [redacted] This Honorable Court ordered The State To answer Petitioner's Motion To seize Jurisdiction for Pre-Trial-Habeas-Corpus-Relief. Again The State has failed To or declined To file a response and as such have waived Their rights To respond or object.

This Petitioner has filed 1 motion for an adversarial preliminary examination, 2 motions to reduce bail, 1 motion for pre-Trial Release, and when This Petitioner was served with a complaint alleging he was a bail violator and in criminal contempt of Court he Took The State To a 2 day Criminal Contempt Trial at which The State had The opportunity To establish The probable cause necessary To justify any significant pre-Trial confinement.

Instead, Attorney General Steven A. Regine intentionally created and committed a mistrial.

This Petitioner's numerous motions have not been heard, he has remained continuously incarcerated in excess of one year, with no proper or prompt determination of probable cause in violation of his "GERSTEIN" rights. (420 U.S. 103) CITING: Robert E. Green v. Michigan, 315 Fed 546 and Paul N. Sharp v State of Ohio Supra, 314 F3d 799 (CA6). In determining a case on The pleadings, The Court must view The Petition for Habeas Corpus in The most favorable light To The Petitioner, and must accept as True all well pleaded allegations of fact.

Petitioner moves This Honorable U.S. District Court To issue The Writ Forthwith.

[W]herefore, Petitioner moves This Honorable U.S. District Court grant This and any other such and further relief deemed meet and just under The prevailing circumstances.

## CERTIFICATION OF SERVICE

I, James J. Silva, hereby certify that on 8/31/ 2005, I caused a verbatim [redacted] copy of this motion to the Office of the Attorney General, located at 150 South Main St. Providence, R.I. 02903

James J Silva

Supplemental Note:

On July 25th 2005 The Honorable Judge Netti Vogel Told me in open Court, She was going To pick my Jury.

Is That Constitutional?

DATED- July-31st 2005

Respectfully Submitted,

James J Silva.