Court's Copy.

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

James J. Silva

v.

A. T. Wall, et al.

v

Judge Michael Higgins,
City of Pawtucket, and
The Office of The
Attorney General.

05-109-S

RECEIVED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

04-361-S

: Motion For Copies of Pleadings:

On or about July 29th 2005 The Honorable Judge William E Smith issued 2 orders in/re to The above entitle matters. Petitioner moves This Honorable Court pursuant to § 2250 for copies of The following pleadings/Events.

04-361-S - (DOC-1), (DOC 5), (DOC-7), (DOC-11), (DOC-36), (DOC-38), and in/re to 05-109-S a copy of The Original Complaint and Amended Petition filed on March 25th 2005.

Wherefore, Petitioner moves This Honorable Court grant This and any other such and further relief deemed meet and just under The prevailing circumstances.

Dated August 7th 2005

Respectfully
Submitted.
James J. Silva.