SCANNED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES J. SILVA** | : | |
| | : | |
| vs. | : | **C.A. No. 04-361-S** |
| | : | |
| **JUDGE MICHAEL HIGGINS** | : | |
| **CITY OF PAWTUCKET, and** | : | |
| **THE OFFICE OF THE ATTORNEY GENERAL** | : | |

**STATE OF RHODE ISLAND'S MOTION TO DISMISS PLAINTIFF'S "AMENDED COMPLAINT, AFFIDAVIT AND MEMORANDUM OF LAW"**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying memorandum, respectfully moves to dismiss Plaintiff's "Amended Complaint, Affidavit, and Memorandum of Law."

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Stephen O. Regine AAG 8/11/05

**STEPHEN REGINE, # 4691**
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 11th day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James J. Silva, at his last known address of P.O. Box 8249, Cranston, RI 02920.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES J. SILVA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 04-361-S** |
| | : | |
| **JUDGE MICHAEL HIGGINS** | : | |
| **CITY OF PAWTUCKET, and** | : | |
| **THE OFFICE OF THE ATTORNEY GENERAL** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "AMENDED COMPLAINT, AFFIDAVIT AND MEMORANDUM OF LAW"**

In Plaintiff's "Amended Complaint, Affidavit and Memorandum of Law", he contends that he was subject to a "warrantless arrest", and that his incarceration is illegal. He prays that this Court, *inter alia*, issue "Habeas Corpus relief", answer a "federal question", treat his claim as a 42 U.S.C. § 1983 action, and restrain the Office of the Attorney General from "filing an information or indictment in this matter until I have had a preliminary examination".

Because the State prosecution Plaintiff prays to be relieved of has not yet even gone to trial, the State would respectfully ask that this Court, on the authority of Younger v. Harris, 401 U.S. 37, 45-46 (1971), not intervene in the State's pending criminal prosecution of Petitioner. Further, the State would respectfully suggest that habeas relief is inappropriate because, as Petitioner has as yet not been convicted (indeed he has yet to be tried), he is not entitled to 28 U.S.C. § 2254 relief. The State would finally aver that §1983 is unwarranted because, pursuant to Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), Petitioner can obviously not demonstrate that his conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state

tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus.

Wherefore, the State would respectfully ask that Plaintiff's "Amended Complaint, Affidavit" be dismissed.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Stephen A. Regine AAG 8/11/05

**STEPHEN REGINE, # 4691**
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

## CERTIFICATION

I hereby certify that on the 11th day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James J. Silva, at his last known address of P.O. Box 8249, Cranston, RI 02920.