**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES J. SILVA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 04-361-S** |
| | : | |
| **JUDGE MICHAEL HIGGINS** | : | |
| **CITY OF PAWTUCKET, and** | : | |
| **THE OFFICE OF THE ATTORNEY GENERAL** | : | |

**<u>STATE OF RHODE ISLAND'S MOTION TO DISMISS PLAINTIFF'S "MOTION FOR CLASS ACTION, MOTION TO AMEND COMPLAINT, MOTION TO EXPAND THE RECORD, MOTION FOR DECLARATORY JUDGMENT, PERMANENT INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDERS"</u>**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying memorandum, respectfully moves to dismiss Plaintiff's "Motion for Class Action, Motion to Amend Complaint, Motion to Expand the Record, Motion for Declaratory Judgment, Permanent Injunctive Relief and Temporary Restraining Orders."

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Stephen G. Regine AAG 8/11/05

**STEPHEN REGINE, # 4691**
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 11th day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James J. Silva, at his last known address of P.O. Box 8249, Cranston, RI 02920.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES J. SILVA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 04-361-S** |
| | : | |
| **JUDGE MICHAEL HIGGINS** | : | |
| **CITY OF PAWTUCKET, and** | : | |
| **THE OFFICE OF THE ATTORNEY GENERAL** | : | |

**<u>STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "MOTION FOR CLASS ACTION, MOTION TO AMEND COMPLAINT, MOTION TO EXPAND THE RECORD, MOTION FOR DECLARATORY JUDGMENT, PERMANENT INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDERS"</u>**

For the reasons expressed in the State's motions (and supporting memoranda) to dismiss Plaintiff's habeas corpus petitions, Plaintiff should not be permitted to contest – in this Court at this time – issues associated with his pending state criminal prosecutions in P2-2004-3106A (violation of a protective order (*please see* R.I.G.L. § 15-15-3)) and P2-2005-0362A (felony stalking (*please see* R.I.G.L. § 11-59-2)). Accordingly, the State would respectfully suggest that Plaintiff's motions for "declaratory judgment", "permanent injunctive relief", "temporary restraining orders", "motion to amend complaint", and "motion for class action" should be denied. The State would moreover point out, with respect to Plaintiff's "motion for class action", that, on the authority of <u>Shaw v. Murphy</u>, 532 U.S. 223, 121 S.Ct. 1475 (2001), Plaintiff has no right or standing to represent others in this matter.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Stephen R. Regine AAG 8/11/05

**STEPHEN REGINE, # 4691**
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 11th day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James J. Silva, at his last known address of P.O. Box 8249, Cranston, RI 02920.