**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SCANNED

| | | |
|---|---|---|
| **JAMES J. SILVA** | : | |
| | : | |
| vs. | : | **C.A. No. 04-361-S** |
| | : | |
| **JUDGE MICHAEL HIGGINS** | : | |
| **CITY OF PAWTUCKET, and** | : | |
| **THE OFFICE OF THE ATTORNEY GENERAL** | : | |

**STATE OF RHODE ISLAND'S MOTION TO DISMISS PLAINTIFF'S "MOTION FOR JOINDER,.....[ETC.]"**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying memorandum, respectfully moves to dismiss Plaintiff's "Motion for Joinder,....[Etc.]".

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

AAG 8/11/05

**STEPHEN REGINE, # 4691**
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 11th day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James J. Silva, at his last known address of P.O. Box 8249, Cranston, RI 02920.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMES J. SILVA** | : | |
| | : | |
| **vs.** | : | **C.A. No. 04-361-S** |
| | : | |
| **JUDGE MICHAEL HIGGINS** | : | |
| **CITY OF PAWTUCKET, and** | : | |
| **THE OFFICE OF THE ATTORNEY GENERAL** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "MOTION FOR JOINDER,.....[ETC.]"**

Petitioner, apparently as part of his 28 U.S.C. § 2254 application, has asked that this Court take certain action with respect to his pending state criminal cases (P2-2004-3106A (violation of a protective order (*please see* R.I.G.L. § 15-15-3)) and P2-2005-0362A (felony stalking (*please see* R.I.G.L. § 11-59-2)), including appointing counsel to represent him in this Court, compelling discovery, certifying (apparently his 28 U.S.C. § 2254 case) as a class action, holding a conference, and enlarging the record. For the reasons expressed in the State's objection (and supporting memorandum) to Petitioner's 28 U.S.C. § 2254 application, however, Petitioner is not entitled to any of these requested actions because, as he is not "a person in custody pursuant to the *judgment* of a State court" (28 U.S.C. § 2254(b)(1))(emphasis added)), his 28 U.S.C. § 2254 action is not proper and ought to be dismissed. Consequently, the State would respectfully suggest, there is evidently no reason to appoint counsel in this matter (*see* Rule 8(c) of the Rules governing Section 2254 Cases ("*If an evidentiary hearing is warranted,* the judge must appoint an attorney to represent a petitioner")(emphasis added)), or to expand the record (*see* Rule 7(a) of the Rules governing Section 2254 Cases ("*If the Petition is not*

*dismissed*, the judge may direct the parties to expand the record")(emphasis added)), or to permit discovery (*see* Rule 6(a) of the Rules governing Section 2254 Cases ("A judge may, *for good cause*, authorize a party to conduct discovery")(emphasis added)), as it is not even a proper 28 U.S.C. § 2254 petition.

Moreover, because what Plaintiff complains of are matters in the State Court for which he has yet to be tried on (*see* Younger v. Harris, 401 U.S. 37 (1971) and its progeny) Plaintiff should not be "permit[ted] *** [to] *** derail[] *** a pending state proceeding by an attempt to litigate constitutional defenses prematurely in federal court" (Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 493, 93 S.Ct. 1123, 1129 (1973)).

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Stephen G. Regine AAG 8/11/05

**STEPHEN REGINE, # 4691**
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 11th day of August, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to James J. Silva, at his last known address of P.O. Box 8249, Cranston, RI 02920.