UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA,
*Plaintiff,*

vs. C.A. No. 04-361-S

JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL,
*Defendants,*

**DEFENDANT, CITY OF PAWTUCKET'S OBJECTION TO THE PLAINTIFF'S "MOTION FOR JOINDER...[ETC.]"**

Now comes the defendant, the City of Pawtucket and objects to the plaintiff's "motion for joinder.....[etc.]". Defendant, City of Pawtucket relies on its memorandum of law attached and incorporated herein.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 11th day of August 2005 to:

Assistant Attorney General Richard Woolley
R.I. Dept. of Attorney General
150 South Main Street
Providence, RI 02903

James J. Silva-66350
ISC J-12-Bottom
PO Box 8249
Cranston, RI 02920

Laura Say
_______________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA,
*Plaintiff,*

vs.

C.A. No. 04-361-S

JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL,
*Defendants,*

**DEFENDANT, CITY OF PAWTUCKET'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO THE PLAINTIFF'S "MOTION FOR JOINDER...[ETC.]"**

In this motion, plaintiff asks for joinder and a number of other requests. However, plaintiff does not articulate his motion for joinder or any of the other requests with the exception of asking this Court for a conference. This defendant responds by stating that a conference is not necessary until all of the motions have been heard and decided.

Consequently, this defendant respectfully requests that the plaintiff's motion for joinder and his remaining requests be denied.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 11th day of August 2005 to:

Assistant Attorney General Richard Woolley
R.I. Dept. of Attorney General
150 South Main Street
Providence, RI 02903

James J. Silva-66350
ISC J-12-Bottom
PO Box 8249
Cranston, RI 02920

Laura Soza