UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES J. SILVA,<br>*Plaintiff,*<br><br>vs.<br><br>JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL,<br>*Defendants,* | C.A. No. 04-361-S |

**DEFENDANT, CITY OF PAWTUCKET'S OBJECTION TO THE PLAINTIFF'S MOTION FOR CLASS ACTION, MOTION TO AMEND COMPLAINT, MOTION TO EXPAND THE RECORD, MOTION FOR DECLARATORY JUDGMENT, PERMANENT INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDERS**

Now comes the defendant, the City of Pawtucket and objects to the plaintiff's motion for class action, motion to amend the complaint, motion to expand the record, motion for declaratory judgment, permanent injunctive relief and temporary restraining orders. Defendant, City of Pawtucket relies on its memorandum of law attached and incorporated herein.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 11th day of August 2005 to:

Assistant Attorney General Richard Woolley
R.I. Dept. of Attorney General
150 South Main Street
Providence, RI 02903

James J. Silva-66350
ISC J-12-Bottom
PO Box 8249
Cranston, RI 02920

Laura Day

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES J. SILVA, *Plaintiff,* <br> vs. <br> JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL, *Defendants,* | C.A. No. 04-361-S |

**DEFENDANT, CITY OF PAWTUCKET'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO THE PLAINTIFF'S MOTION FOR CLASS ACTION (DOCUMENT 26)**

In this motion, the plaintiff seeks to maintain his current habeas corpus petition as a class action. He seeks as members of the class "all other inmates of the Rhode Island Department of Corrections who are held without bail, were held without bail, are being held without bail on a violation, who are awaiting trial after having a P.A.C. conference, and all others similarly situated". He seeks this group as a class so that this Court can "review, construe and vindicate their United States and Rhode Island Constitutional Rights.......As they provide for a proper determination of probable cause prior to any significant restraint whether it be pretrial or pre-violation".

Under Rule 23 there are four prerequisites to a class action. This defendant respectfully suggests that none of the prerequisites are established in this matter.

The first prerequisite is that "the class is so numerous that joinder of all members is impracticable". Here, plaintiff has attached 54 names of fellow inmates. It is difficult, however, to place those 54 individuals in any unified class. The plaintiff has not provided any information about these individuals to suggest that they are similarly situated. Therefore, in these