UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA,
*Plaintiff,*

vs.

C.A. No. 04-361-S

JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL,
*Defendants,*

**DEFENDANT, CITY OF PAWTUCKET'S OBJECTION TO THE PLAINTIFF'S AMENDED COMPLAINT, AFFIDAVIT AND MEMORANDUM OF LAW**

Now comes the defendant, City of Pawtucket and objects to the plaintiff's amended complaint, affidavit and memorandum of law (Doc. 11). Defendant relies on its memorandum of law attached and incorporated herein.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 11th day of August 2005 to:

Assistant Attorney General Richard Woolley
R.I. Dept. of Attorney General
150 South Main Street
Providence, RI 02903

James J. Silva-66350
ISC J-12-Bottom
PO Box 8249
Cranston, RI 02920

Laura Sor[illegible]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA,
*Plaintiff,*

vs. C.A. No. 04-361-S

JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL,
*Defendants,*

**DEFENDANT, CITY OF PAWTUCKET'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO THE PLAINTIFF'S MOTION TO AMEND THE COMPLAINT, AFFIDAVIT AND MEMORANDUM OF LAW**

In this pleading, plaintiff seeks to amend his earlier "petition", "amended complaint-petition for writ of habeas corpus" and "supplement to amended petition". These three documents are being treated as plaintiff's "amended petition" pursuant to this Court's Order of July 29, 2005. The current pleading (amended complaint, affidavit and memorandum of law (Doc. 11)) is being construed by this Court as a motion to further amend the amended petition. Defendant, City of Pawtucket objects to this motion to further amend the "amended petition" because this pleading does not contain any new allegations or new causes of action. The pleading is simply a rehash of the earlier referenced pleadings.

Consequently, this defendant respectfully requests that the plaintiff's "amended complaint, affidavit and memorandum of law" treated as a motion to further amend the amended petition be denied.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 11th day of August 2005 to:

Assistant Attorney General Richard Woolley
R.I. Dept. of Attorney General
150 South Main Street
Providence, RI 02903

James J. Silva-66350
ISC J-12-Bottom
PO Box 8249
Cranston, RI 02920