S-1

Court's Copy.

SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA

V.

A.T.WALL, DIRECTOR OF PRISONS,
et al.

04-361-S
05-109-S

## MOTION FOR A COURT ORDER.

Now comes the Petitioner, James J. Silva, and hereby moves this Honorable United States District Court to issue an order, ordering Captain Fred Haibon of the Rhode Island Department of Corrections Records and I.D. Unit to surrender and supply all records written, recorded, or otherwise in /re to this Petitioner's May 16th,1999 to June 14th,1999 incarceration.

In support of this motion the petitioner offers the following:

-----Petitioner was incarcerated within the R.I. Department of Corrections from 5/16/1999 up to and including 6/14/1999 when his boss, Thom Stewart bailed him out of a child support hold with one of his credit cards.

-----Somehow this 30 day sentence was dropped from the R.I.D.O.C. infact files and computer screens. Numerous attempts to aquire the hard file records of this incarceration fell on deaf ears and produced no results until Assistant Director of Prisons, Jake Gadsden stepped in. (enclosed please find exhibit "M-1")

-----The State of Rhode Island in its Criminal Information asserts a prior Domestic Related Conviction on 5/17/1999 this is in error and not only does Asst. Attorney General Steven A. Regine refuse to surrender a copy of the file of 6199-7051 as per this petitioner's discovery request he also has not supplied this after a Motion to Compel specific documents was filed.

-----This Petitioner did not plead to any offense on May17th,1999 nor was he convicted of any offense on May 17th, 1999 and as such the State's Criminal Information is fatal. The State being unable to prove each and every element of the Criminal information beyond a reasonable doubt.

-----This hard file evidence is being intentionally witheld not only by the State through its Asst. Attorney General, Steven A. Regine but also by Captain Fred Haibon of the Rhode Island Department of Corrections. (see exhibit "M-2" included which is a grievance in an attempt to obtain this critical evidence before the State of Rhode Island railroads him into a trial without it.

S-2

[W]herefore, Petitioner moves this Honorable Court grant this and any other such and further relief deemed meet and just under the prevailing circumstances.

Dated August 9th,2005.

Respectfully
Submitted,

James J. Silva

:CERTIFICATION:

I do hereby certify that on this the 9Th day of AUGUST, 2005, I did mail a true and accurate copy of the foregoing motion to the Office of the Attorney General at 150 South Main Street, Providence, R.I. c/o attorney General, Aaron Weisman by way of regular mail as I am not allowed to send certified mail due to my indigent status.

Exhibit

S-3

**RHODE ISLAND DEPARTMENT OF CORRECTIONS**
**INSTITUTIONS AND OPERATIONS**

**INTER-OFFICE MEMORANDUM**

**TO:** **Inmate James Silva**

[redacted]

**FROM:** Jake Gadsden, Assistant Director
Institutions and Operations

**DATE:** June 3, 2005

**SUBJECT:** **RESPONSE TO LETTER DATED MARCH 12, 2005 TO DIRECTOR A.T. WALL**

---

Your letter to Director Wall regarding allegations of the Special Investigations Unit inappropriately placing you in segregation and tampering with your inmate records by deleting a prior 30-day sentence from the Infacts database.

A review into your allegations produced the following:

In January 2005, the Special Investigations Unit was contacted by an agent for the FBI advising that a Federal Judge had received a threatening letter from a James Silva of the Department of Corrections. For this action, you were placed in segregation and issued a disciplinary report.

The Department of Corrections is mandated to protect the public. Your action of sending a threatening letter to a judge more than warrants your placement in segregation.

In regards to your records, according to Captain Haibon of the Records and ID Unit, the sentence you referr to was from 1999 and it was somehow dropped from the Infacts screens. This has been resolved by Captain Haibon and the MIS Unit.

S-4

Exhibit

Please rest assured that the Department of Corrections understands the sensitivity and legalities of inmate records, particularly the sentencing information. Very few personnel within the Department have the capability or authorization to enter or change sentencing records. No member of the Special Investigations Unit has that authorization or ability.

I trust this addresses your concerns.

JG:crc

C: A.T. Wall, Director
A. Fortin, Acting Assistant to the Director
File

Zero

 5-5

EXHIBIT

FORM: 2

NUMBER________

RHODE ISLAND DEPARTMENT OF CORRECTIONS

REQUEST FOR RESOLUTION OF GRIEVANCE

**INSTRUCTIONS**
Type or useballpoint pen. If more space is needed, use attachment sheetin quadruplicate.

TO: XXXX Assistant Director ✓ Jake Gadsden.

________ Director

FROM: SAMES JAMES J. [redacted] I.S.C.

Last Name, First, Middle Initial I.D. # Institution

I am asking that you order Captain Fred Haibon to give me all the Hard-File records that I asked for. This is withholding evidence.

PART A - INMATE REQUEST

I am filing this grievance against Captain Fred Haibon. -----On or about 6/15/2005 I recieved a memo from Asst. Director Jake Gadsden informing me that after an investigation based upon my complaint to A.T. Wallin regards to amissing 30 day sentence that I had served from May 16th 1999 up to and including June 14th 1999 he had found this sentence and Captain Fred Haibon had resolved this error in the INFACTS-FILES. A check of thw infacts file on the next day revealed no correction to this error. I immediately filed a request slip to Captain Haibon and recieved no response. A second and or third request has also merited no corrections to my infacts files. I asked for the hard file records of this period and my counselor sent me a memo stating I had to write to records and I.D. and that they would supply them to me. When I asked Captain Fred Haibon personally he said that I write too much and that he was not going to give them to me. He also said he has not lost in 25 years. JS.

July 27th 05 Date — James J Silva Signature of Requestor

Date Received: ________ ________ Signature, Grievance Coordinator

7-27-05

PART B - RESPONSE

________ Date Received — ________ Signature - Associate Director Warden

________ Date — ________ Associate Director - Warden

White - Assoc. Director or Warden
Canary - Assoc. Director or Warden
Pink - Inmate
Goldenrod - Inmate