courts copy pages 1-5. plus cert.

UNITED STATES DISTRICT COURT 

DISTRICT OF RHODE ISLAND

James J. Silva CA # 04-361-S

v. 05-109-S

A.T. Wall, et al.

MOTION FOR IMMEDIATE HABEAS CORPUS RELIEF

MOTION TO SENSURE ASST. ATTORNEY GENERAL STEVEN A. REGINE

MOTION FOR AN IMMEDIATE CONFERENCE WITH JUDGE WILLIAM E. SMITH.

MOTION TO EXPAND THE RECORD.

AFFIDAVIT:

On Wednesday November 2nd 2005, This Petitioner FINALLY Aquired Through Judge Netti Vogel The Tape recordings of his bail violation and criminal contempt prosecution which Took place on October 7th and 13th of 2004 and 11-09-2004.

Attorney Mark Smith represented James J. Silva, Asst. Attorney General Steven A. Regine for The State, Detective Napolean Gonsalves Testified, and Judge Patricia Moore presided.

SUMMARY: October 7th 2004. TAPE.

Mark Smith moved To dismiss both The complaint and The bail revoccation and criminal contempt hearing on The grounds That The Affidavit of Detective Napolean Gonsalves was defective.

See Petitioner's response - 04-361-S 05-109-S

see event #18, 05-109-S dated 8-26-05, EXHIBIT, EVENT 35, 04-361-S "ATTACHMENTS" page 4. Detective Napolean Gonsalves AFFIDAVIT FOR AN ARREST WARRANT.

"A NO-CONTACT-ORDER ISSUED BY PROVIDENCE SUPERIOR COURT ON DEC. 19, 2003"

There was never any Court Order issued on December 19th 2003, against James J. Silva -

I swear This is an accurate, verbatim, record of Asst. AG. Steven A Regine's response and argument in opposition to Mark Smith's motion to dismiss on 10/7/04 according to The Tapes currently in my possession.

@ Mark 3/2 side 1

ASST ATTNY GENERAL - REGINE.

MR. SMITH AS THE COURT IS AWARE AND THE FILE WILL REFLECT WAS COURT APPOINTED YESTERDAY, OCTOBER 6th 2004, SO OBVIOUSLY THE STATE IN RECIEVING THIS MOTION THIS AFTERNOON IN THE LAST 1/2 HOUR I HAVE NO OBJECTION HANDLING IT AND HEARING IT AND HAVING THE COURT DECIDE THE ISSUE EVEN THOUGH IT WASN'T FILED BEFORE.

THE UM, COURT, JUDGE, IN THIS PARTICULAR CASE SHOULD SHOULD DENY THIS MOTION TO DISMISS OUTRIGHT. TWO REASONS JUDGE, ONE, THE STATE SUBMITS AND ALTHOUGH MR SMITH HAS INDICATED, ACCORDING TO MR. REGINE THIS IS WHAT HAPPENED. THE STATE SUBMITS JUDGE, THAT ACCORDING TO ME HAS NOTHING TO DO WITH WHAT HAPPENED IN THIS CASE.

IF THERE IS AN AFFIDAVIT OF AN ARREST WARRANT SWORN TO AND SIGNED BY EITHER A JUSTICE OF THE PEACE, DISTRICT OR SUPERIOR COURT JUDGE IN WHICH MR SILVA WAS PLACED INTO CUSTODY ON, THEN WE CAN HEAR A MOTION TO DISMISS BECAUSE THE AFFIDAVIT IS INCORRECT.

HOWEVER, IN THIS PARTICULAR CASE ALTHOUGH AN ARREST WARRANT MAY HAVE BEEN DRAFTED IT WAS NEVER EXECUTED BECAUSE THEY WERE ABLE TO LOCATE THE BODY WITHIN 24 HOURS OF THE ALLEGED CRIME AS THE LEGISLATURE WHEN THEY ULTIMATELY DETERMINED IN 1998 AND CONTINUED TO 2000 WE NEED DIFFERENT AND SPECIAL AND SPECIFIC STATUTES AND LAWS REGARDING DOMESTIC VIOLENCE CRIMES. AND I SUBMIT 12-29-3 DOESN'T APPLY FOR A MURDER OR FOR AGAIN, NON-DOMESTIC BREAKING AND ENTERING AND, UH, BUT THE LAW ENFORCEMENT OFFICERS WERE SIMPLY PROCEEDING ON A LEGISLATIVE MANDATE WHICH ALLOWED THEM TO ARREST WITHOUT A WARRANT WITHIN 24 HOURS.

THE STATE SUBMITS ALTHOUGH NOT BEFORE THIS COURT BECAUSE THIS IS A 46 G And 46 E And 42 B HEARING FOR BOTH CONTEMPT AND MOVING TO REVOKE BAIL. (SS)

The following Two colloquies between Steven A. Regine while questioning Detective Napoleon Gonsalves of The Pawtucket Police are also identical, verbatim, recitations.

A.A.G. REGINE: AND HE WAS ARRESTED WITHIN 24 HOURS?

DETECTIVE GONSALVES: YES

A.A.G. REGINE: AND YOU HAD NO WARRANT

DETECTIVE GONSALVES: NO I DIDN'T.

A.A.G. REGINE: AND YOU ACTED ON WHAT LAW?

DET. GONSALVES: THE DOMESTIC VIOLENCE STATUTES.

#2 "VERBATIM"

A.A.G. REGINE: HAD YOU LOCATED FOR AN ADDRESS THAT YOU SUSPECTED HE WAS AT?

DET. GONSALES: I BELIEVE IT WAS AT 65 MAIN ST IN N. SMITHFIELD.

A.A.G REGINE: AND AT SOME POINT WAS HE ARRESTED BY ANY LAW ENFORCEMENT AGENCY?

DETECTIVE GONSALVES: YES N. SMITHFIELD TOOK HIM INTO CUSTODY.

A.A.G REGINE: AT WHAT TIME?

DET. GONSALVES: APPROXIMATELY, I BELIEVE IT WAS, 1709 HOUR. 5 OCLOCK, SOMEWHERE THEREABOUTS.

A.A.G. REGINE: ON WHAT DAY?

DET. GONSALVES: ON SEPTEMBER, EXCUSE ME, JULY 28TH.

A.A.G. REGINE: WITHIN 24 HOURS OF WHEN PAWTUCKET RECIEVED THE COMPLAINT?

DET. GONSALVES: YES SIR.

A.A.G. REGINE: DID YOU EVER GO TO ANY JUSTICE OF THE PEACE, SUPERIOR OR DISTRICT COURT JUSTICE AND ASK THAT THE ARREST WARRANT THAT YOU HAD PREVIOUSLY PREPARED BE, UM, SIGNED.

DET. GONSALVES: NO

Now see The same exhibits Event #35 of 04-361-S or event # 18 of 05-109-S The Police Narrative signed by and sworn To by both Pawtucket Detective Napoleam Gonsalves and Asst. Attorney General, Steven A. Regine as follows, pertainant parts.

"A WARRANT WAS PREPARED AND SIGNED IN DISTRICT COURT FOR THE ARREST OF DEFENDANT FOR VIOLATION OF A PROTECTION ORDER."

Furthermore see ATTACHMENTS/EXHIBITS, CHIEF OF The Attorney General's Office. William Devine's B.C.I record of This Petitioner as follows;

1. 07-28-2004 ARRESTED ON WARRANT NORTH-SMITHFIELD.

Asst. Attorney General Steven A. Regine, Chief of The Attorney Generals B.C.I. Division, William Devine, Pawtucket Detective Napolean Gonsalves and Court appointed Attorney Mark Smith are involved in and caught up in The Solicitation, Procuration and or Subjournation of perjury, False swearing, and or The Tampering or fabrication of evidence as well as Criminal Co-Conspiracy.

Wherefore, Petitioner moves This Honorable Court for immediate relief. And any other such and further relief deemed meet and just under The prevailing extra-ordinary and exceptional circumstances.

DATED SATURDAY NOVEMBER 5th 2005

Respectfully Submitted,

James J. Silva.

James J. Silva - 66350
FSC H-105-Bottom
PO. Box 8249
Cranston, RI 02920

CERTIFICATION.

I James J. Silva do hereby certify That on This The 6Th Day of November 2005 I did mail A Hand written verbatim copy of This Motion Directly To Patrick Lynch Attorney General of The State of Rhode Island at 150 South Main St. Providence Rhode Island 02903.

So he can no longer claim he is not aware of The criminals in his employ. Like ex. Asst. AG. Diane Leyden.

James J Silva

11/5/05

JJS

FILED
2005 NOV -9 A 10: 34
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND