UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA,
*Plaintiff,*

vs. C.A. No. 04-361-S

JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL,
*Defendants,*

**DEFENDANT, CITY OF PAWTUCKET'S OBJECTION TO THE PLAINTIFF'S APPEAL FROM THE REPORT AND RECOMMENDATION OF THE HONORABLE LINCOLN D. ALMOND, MAGISTRATE JUDGE DATED NOVEMBER 29, 2005**

Now comes the defendant, the City of Pawtucket and objects to the plaintiff's appeal from the report and recommendation of Magistrate Judge Lincoln D. Almond dated November 29, 2005. In support thereof, defendant submits that for the reasons more fully outlined in the attached memorandum of law, as well as those raised in defendant's earlier memorandums of law, the Magistrate Judge's report and recommendation is well reasoned and correct. Accordingly, defendant respectfully requests that this Court deny and dismiss plaintiff's appeal from the November 29, 2005 report and recommendation.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 16th day of December 2005 to:

Assistant Attorney General Richard Woolley
R.I. Dept. of Attorney General
150 South Main Street
Providence, RI 02903

James J. Silva-66350
ISC J-12-Bottom
PO Box 8249
Cranston, RI 02920

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA,
*Plaintiff,*

vs.

C.A. No. 04-361-S

JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL,
*Defendants,*

**DEFENDANT, CITY OF PAWTUCKET'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO THE PLAINTIFF'S APPEAL FROM THE REPORT AND RECOMMENDATION OF THE HONORABLE LINCOLN D. ALMOND, MAGISTRATE JUDGE DATED NOVEMBER 29, 2005**

On November 29, 2005 the Honorable Magistrate Judge Lincoln Almond recommended that the defendants' motions to dismiss be granted and that the plaintiff's amended petition be dismissed in its entirety. His report and recommendation also recommended that final judgment be entered in favor of the defendants. On December 15, 2005 counsel for defendant, City of Pawtucket received a hand written objection to the Magistrate's report and recommendation with a certification dated December 7, 2005. The postage stamp indicates that it was mailed on December 13, 2005 and there is lettering on the envelope itself indicating that it was mailed on December 9, 2005. Plaintiff apparently asks this Court to reject the report and recommendation pursuant to Rule 72(b).

This defendant relies on all of the prior submissions of all defendants in support of the Magistrate's report and recommendation. Defendant also states that the plaintiff seeks to involve this Court in an ongoing State criminal prosecution in contravention of the doctrines of abstention and comity. Defendant notes that the Magistrate's reliance on *Younger vs. Harris, 401 U.S. 37, 44, 91 F.Ct. 746, 27 L.Eb. 2d 669 (1971)* is appropriate and dispositive of the issue.

Accordingly, this defendant respectfully requests that this Court deny and dismiss plaintiff's appeal from the November 29, 2005 report and recommendation of Magistrate Lincoln D. Almond.

Defendant,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid on this 16th day of December 2005 to:

Assistant Attorney General Richard Woolley
R.I. Dept. of Attorney General
150 South Main Street
Providence, RI 02903

James J. Silva-66350
ISC J-12-Bottom
PO Box 8249
Cranston, RI 02920