DATED 1-6-06

RECEIVED
JAN 0 1 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF RHODE ISLAND**

JAMES J. SILVA Plaintiff )
)
V. )
A.T WALL ET AL )
________________, Defendant )
AND
MAGISTRATE JUDGE LINCOLN D ALMOND

United States District Court

Case # : 03-109-S
04-361-S

COMPLAINT # 421
OFFICE OF THE CIRCUIT EXECUTIVE.

TO THE HONORABLE CHIEF JUDGE ERNEST TORRES AND THE HONORABLE JUDGE WILLIAM E SMITH.

YOUR HONORS, ASST. ATTORNEY GENERAL STEVEN A. REGINE'S LIES NOW MAKE IT APPEAR MAGISTRATE JUDGE LINCOLN D. ALMOND IS A LIAR AND HAS FALSIFIED OR FABRICATED FACTS IN HIS TWO R+R REPORTS 03-109S AND 04-361-S DATED NOVEMBER 29TH 2005.

I HAVE MOVED FOR A STAY IN THE PROCEEDINGS PLEASE LET ME EXPLAIN WHY.

ON OR ABOUT THE 13TH DAY OF AUGUST 2005 I RECIEVED A MEMORANDUM FROM ASST. AG STEPHEN A REGINE - 2 ACTUALLY 03-109-S 04-361-S SEE PAGE 1 FOOTNOTE 2 AS FOLLOWS:

> TO THE BEST OF THE UNDERSIGNED'S KNOWLEDGE AND BELIEF, PETITIONER ARRIVED INTO THE CUSTODY OF THE PAWTUCKET POLICE AFTER BEING CALLED BY SUCH DEPARTMENT AND BEING ASKED WHETHER HE WANTED TO PURSUE AN UNRELATED INTERNAL AFFAIRS INVESTIGATION, AND THEN BEING -

Case: 1:04cv[redacted] 05-109-S 04-361-S

James J. Silva
A.C.I.
P.O. Box 8249
Cranston, RI 02920

FOOTNOTE CONTINUED PAGE 2 BOTTOM.

TAKEN BY N. SMITHFIELD POLICE (PETITIONER WAS THEN LIVING IN N. SMITHFIELD) TO THE PAWTUCKET POLICE STATION.

THIS WAS AN ABSOLUTE LIE. DETECTIVE NAPOLEAN GONSALVES HAD ALREADY TESTIFIED THAT PAWTUCKET POLICE OFFICERS PEREZ AND SILVA HAD GONE TO N. SMITHFIELD TO PICK ME UP AFTER I WAS TAKEN INTO CUSTODY WITHOUT A WARRANT PURSUANT TO R.I.G.L. 12-29-3 (b)(3)

PLEASE SEE ALL ATTACHMENTS 04-361-S EVENT #35.

- I HAVE THE TAPE RECORDINGS OF THOSE HEARINGS;
- I HAVE SUPPLIED THE CHIEF EXECUTIVE OF THE 1ST CIRCUIT WITH SUBSTANTIALLY VERBATIM TRANSCRIPTS OF SELECTED RELEVANT PORTIONS THEREOF; AND
- TODAY THE HONORABLE JUDGE NETTI VOGEL OF THE PROVIDENCE SUPERIOR COURT ORDERED ASST ATTORNEY GENERAL STEVEN A. REGINE TO SURRENDER TO THE N. SMITHFIELD REPORTS.

IT IS CLEAR THAT R.I. ASST ATTORNEY GENERAL STEVEN A REGINE'S LIES AND INTENTIONAL MISINFORMATION LEAD THE HONORABLE MAGISTRATE JUDGE LINCOLN D. ALMOND INTO HIS FALSE CONCLUSIONS THAT;

I VOLUNTARILY WALKED INTO THE PAWTUCKET POLICE STATION.

Case: 1:04cv[redacted] 04-361-S

James J. Silva
A.C.I.
P.O. Box 8249
Cranston, RI 02920

THE MANNER OF ARREST PURSUANT TO 12-29-3-(b)(3) RAISES A CONSTITUTIONAL AND FEDERAL QUESTION. WHICH HAS BEEN AVOIDED BY THE MISINFORMATION.

PLEASE GRANT ME A STAY IN THE PROCEEDINGS 04-361-S AND 05-109-S UNTIL I CAN GET YOU PHOTO-COPIES OF THE REPORTS AND OTHER EVIDENCE.

I AM SORRY THAT ASST. RT. AG. STEPHEN REGINE HAS CONTAMINATED YOUR COURT WITH HIS STUPIDITY.

DATED 1-6-06

RESPECTFULLY.

James J Silva