UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| James J. Silva | ) | |
| v. | ) | C.A. No. 05-109S<br>C.A. No. 04-361S |
| A.T. Wall, et al. | ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Stay the Proceedings. After careful consideration Defendant's motion is DENIED.

ENTER:

Deputy Clerk

IT IS SO ORDERED.

William E. Smith
United States District Judge
Date: 1/12/06