AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA

V.

JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, and THE OFFICE OF THE ATTORNEY GENERAL

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 04-361S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, JUDGE MICHAEL HIGGINS, CITY OF PAWTUCKET, AND THE OFFICE OF THE ATTORNEY GENERAL, AGAINST THE PLAINTIFF, JAMES J. SILVA, PURSUANT TO THE COURT'S ORDER ENTERED ON JANUARY 26, 2006, GRANTING DEFENDANTS' MOTIONS TO DISMISS.**

January 27, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk