EXHIBIT A

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, Rhode Island 02903
Patrick C. Lynch, Attorney General

# 46(g) Bail Violation

**September 16, 2004**

STATE OF RHODE ISLAND

V.

**JAMES SILVA** [redacted]

DISTRICT COURT CASE NO.
**62/2004-14367**
**CT.1**

The defendant in the above-entitled matter is considered an alleged violator of the conditions of his bail in that he failed to keep the peace and be of good behavior. The defendant appeared before the District Court on the above-entitled Felony Complaint and bail was set in the amount of **$1,000 cash,** which occurred on **July 29, 2004**.

The Attorney General now seeks to have the defendant adjudged a bail violator pursuant to Rule 46(g) of the District Court Rules of Criminal Procedure and adjudged in contempt of Court pursuant to Rule 46(e) & 42(b) of the Dis. Ct. Rules of Criminal Procedure.

The Attorney General specifies the following as grounds upon which this violation is sought:

**The defendant has not kept the peace and been of good behavior based upon the following:**

- **Please see attached police reports from the Pawtucket Police Department regarding threatening letters the defendant has sent from the ACI since his initial appearance before the Court on July 29th, 2004.**

- **Please see attached copies of the above referenced letters.**

Stephen A. Regine AAG 9/16/04
Assistant Attorney General

A copy of this statement was furnished to the defendant on the **16th** day of **September**, **2004.** SAR/AAG (Hand-delivered in Court to Defendant, James Silva.) Stephen A. Regine AAG