US DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA. NO. 04-361-S
03-109-S

JAMES J. SILVA US JUDGE MICHAEL HIGGINS, ET AL.
JAMES J. SILVA US. A.T. WALL, ET AL.

3-30-06

MOTION FOR RECONSIDERATION.

ON OR ABOUT 1-27-06 THIS HONORABLE COURT ADOPTED THE RECOMMENDATIONS OF MAGISTRATE JUDGE LINCOLN D. ALMOND WHICH WAS TO PRACTICE ABSTENTION.

HOWEVER, SINCE THAT TIME THE HONORABLE PROVIDENCE SUPERIOR COURT ASSOCIATE JUSTICE NETTI VOGEL HAS REFUSED TO ALLOW THIS PETITIONER/DEFENDANT TO ORALLY ARGUE HIS MOTION TO DISMISS BASED UPON DOUBLE JEOPARDY GROUNDS FN-1 AND ALSO REFUSES TO ADDRESS HIS 4TH AMENDMENT CLAIM THAT HIS SEIZURE ON 7-28-2004 WAS UNREASONABLE.

WHEN THIS PETITIONER FILED HIS OBJECTION TO THESE 2 R+R REPORTS I BELIEVE I MOVED THIS COURT TO CONSIDER MY OBJECTIONS AS A NOTICE OF APPEAL AND OR A PETITION FOR A CERTIFICATE OF APPEALABILITY.

THIS PETITIONER HAS ALREADY SUPPLIED THE OFFICE OF THE RHODE ISLAND ATTORNEY GENERAL W/ COPIES OF ALL OF THE ENCLOSED DOCUMENTS. PLEASE CONSIDER ALL OF THESE AND THE EXHIBITS AS MY MOTION

James J Silva

RESPECTFULLY,
SUBMITTED.
3-30-06

DENIED
WESmith
William E. Smith
U.S. District Judge
4/26/06